# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HEDELITO TRINIDAD y GARCIA, | ) | No. CV 08-07719-MMM(CW) |
| Petitioner, | ) | [~~PROPOSED~~] JUDGMENT |
| v. | ) | |
| MICHAEL BENOV (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus for Petitioner's release is **GRANTED** subject to the following condition. Petitioner's release from custody is stayed, for a period of sixty days, or such shorter time as is needed, for resolution of Respondent's application for an order that Petitioner remain in custody pending appeal of this decision.

DATED:   November 17, 2009

_____
MARGARET M. MORROW
United States District Judge